LAFAYETTE COUNTY FILED
JUN 10 2025
JEFF BUSBY
CIRCUIT CLERK
D.C.

IN THE CIRCUIT COURT OF LAFAYETT COUNTY, MISSISSIPPI

DEBRA BROWN					PLAINTIFF,

VS.						CAUSE NO. L25-238

WALMART, INC. (WAL-MART STORES, INC.)		USDC No. 3:25-CV-355-MPM-RP
WAL-MART STORES EAST, LP, WALMART CLAIMS
SERVICES, INC. CLAIMS MANAGEMENT, INC..		DEFENDANTS

## COMPLAINT

COMES NOW, the Plaintiff, DEBRA BROWN, and sues the Defendants, WALMART, INC. (WAL-MART STORES, INC.), WAL-MART STORES EAST, LP, WALMART CLAIMS SERVICES, INC. CLAIMS MANAGEMENT, INC.. seeking, inter alia, damages in he amount of Seventy Thousand and 00/100 Dollars , exclusive of interest, costs and attorney's fees.

## PARTIES

1. Plaintiff, DEBRA BROWN is an aduolt resident citizen of 116 Vaughn Cicle, Oxfore, MS 38655.

2. Defendant, WALMART, INC. (WAL-MART STORES, INC.), is a foreign corporation incorporated in the State of Deleware, with principal office address, 1 Customer Drive, Bentonville, AR 72716 and doing business in the State of Mississippi, whose agent for process is C T Corporation System, 645 Lakeland East Drive, Suite 101, Flowood, MS 39232

3. . Defendant, WAL-MART STORES EAST, LP., is a foreign corporation incorporated in the State of Deleware, with principal office address, 1 Customer Drive, Bentonville, AR 72716 and doing business in the State of Mississippi, whose agent for process is C T Corporation System, 645 Lakeland East Drive, Suite 101, Flowood, MS 39232

4. WALMART CLAIMS SERVICES, INC. CLAIMS MANAGEMENT, INC. is a foreign corporation incorporated in the State of Arkansas, with principal office address, 1 Customer Drive, Bentonville, AR

**EXHIBIT 1**

72716, and doing business in the State of Mississippi, whose agent for process is C T Corporation System, 645 Lakeland East Drive, Suite 101, Flowood, MS 39232

## JURISDICTION

5. This is a civil action seeking money damages for Plaintiff's personal injuries and causes of actions and damage claims for arising out of a slip and fall on the premises of Wal-Mart Stores, Inc. , Store # 699, in Lafayette County . This incident complained of occurred in Lafayette, Mississippi, being the same county in which substantial act(s) and/or omission(s) occurred and where a substantial event or events took place that caused the injuries complained of herein.

## FACTS

6. On or about June 11, 2022, Defendants, WALMART, INC. (WAL-MART STORES, INC), WAL-MART STORES EAST, LP WALMART CLAIMS SERVICES, INC. CLAIMS MANAGEMENT, INC.. owned and operatored Wal-Mart Super Center, Store # 699, in Lafayette County, Mississippi.

7. On May 11, 2022 in the morning hours dut during the time the store was open for business, Plaintiff went onto Defendant's premises to shop. While at the entrance to Subway at or near the self-check registers. Plaintiff was pushing a cart with items to self check. She was caused to slip and fall as a result of water or a liquid substance in the isle on the floor in the self checkout department.

8. On information and belief this entire incident is recorded on camera.

9. Walmart personnel was notified immediately.

10. Defendant knew, or, in the exercise of reasonable care should have known, of the condition, or Defendant created the condition either through the acts of its employees, in its negligent maintenance of equipment, or in its negligent method of operation, and Defendant should have corrected the condition or warned Plaintiff of its existence. Additionally, Defendant should have had non-slip surface which will would have prevented the fall which resulted from a foreseeable condition.

11. As a result of the negligence of the Defendant, Plaintiff suffered permanent bodily injury, and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care, treatment, and loss of earnings of loss of ability to earn money. As the injuries are permanent, Plaintiff will continue to suffer losses in the future.

WHEREFORE, the Plaintiff, DEBRA BROWN, demands judgment for compensatory damages against the Defendants, WALMART, INC. (WAL-MART STORES, INC.), WAL-MART STORES EAST, LP, WALMART CLAIMS SERVICES, INC. CLAIMS MANAGEMENT, INC and further demands a trial by jury of all issues so triable.

RESPECTFULLY SUBMITTED this the 10th day of June, 2025.

_____
DEBRA BROWN

STATE OF MISSISSIPPI
COUNTY OF PANOLA

PERSONALLY APPEARED BEFORE ME, the undersigned authority in and for the said county and state, DEBRA BROWN, who, after by me being first duly sworn, stated on oath, under penalty of perjury, that the matters and things set forth in the foregoing Complaint are true and correct as therein stated.

SWORN TO AND SUBSCRIBED before me this the 10th day of June, 2025.

_____
NOTARY PUBLIC

My Commission Expires: November 4, 2026

Prepared by: *Bobby Taylor Vance*, Bobby Taylor Vance, MSB#8616/TNBPR#024268, 123 Van Voris Street, Batesville, MS 38606, Tel.: (662) 563-0403, Fax: (662) 563-8114, email: bobbytaylorvance@att.net